**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CLASSIC HOTELS, LLC** *et al*                                              **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO. 1:24-cv-213-TBM-RPM**

**UNITED STATES SMALL BUSINESS
ADMINISTRATION** *et al*                                      **DEFENDANTS**

_____

**BIRMINGHAM HP HH, LLC** *et al*                                      **PLAINTIFFS**

**v.**                                         **CIVIL ACTION NO. 3:25-cv-44-TBM-RPM**

**UNITED STATES SMALL BUSINESS
ADMINISTRATION** *et al*                                      **DEFENDANTS**

_____

**SARALAND HOSPITALITY, LLC** *et al*                                  **PLAINTIFFS**

**v.**                                         **CIVIL ACTION NO. 1:25-cv-56-TBM-RPM**

**UNITED STATES SMALL BUSINESS
ADMINISTRATION** *et al*                                      **DEFENDANTS**

_____

**DOTHAN HOSPITALITY, LLC** *et al*                                    **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO. 3:25-cv-125-TBM-RPM**

**UNITED STATES SMALL BUSINESS
ADMINISTRATION** *et al*                                      **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The

Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED AND ADJUDGED this the 9th day of June, 2025.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**

2